DENY and Opinion Filed April 19, 2023



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-23-00328-CV

## IN RE STEVEN WAYNE RUSSELL, Relator

**Original Proceeding from the 196th Judicial District Court
Hunt County, Texas
Trial Court Cause No. 11673**

## MEMORANDUM OPINION

Before Justices Partida-Kipness, Carlyle, and Garcia
Opinion by Justice Partida-Kipness

Relator petitions this Court for a writ of mandamus to compel the trial court to deliver a copy of his judgment to the Texas Department of Criminal Justice.

To be entitled to mandamus relief in a criminal case, relator must show (1) that he has no adequate remedy at law and (2) that what he seeks to compel is a ministerial act. *In re State ex rel. Weeks*, 391 S.W.3d 117, 122 (Tex. Crim. App. 2013) (orig. proceeding). Relator bears the burden to provide the Court with a sufficient record to establish his right to relief. *Walker v. Packer*, 827 S.W.2d 833, 837 (Tex. 1992) (orig. proceeding).

Relator has not provided this Court with a record establishing his right to relief, and his petition does not comply with several of the requirements set out in

Texas Rule of Appellate Procedure 52.  *See* TEX. R. APP. P. 52.3, 52.7.  Accordingly, we deny the petition.

/Robbie Partida-Kipness/
ROBBIE PARTIDA-KIPNESS
JUSTICE

230328F.P05